UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDRA M. NORDMAN, and
DAVID NORDMAN,

    Plaintiffs,

v.

OMGA S.p.A., an Italian business,
OMGA, Inc., an Indiana Corporation,
McBAIN WOODWORKING, LLC;
LATTAS GROUP FINANCIAL &
MANAGEMENT, d/b/a Progressive
Personnel Services, Inc., and
B & B MACHINERY CO.,

    Defendants.
    _____ /

Case No. 1:05-cv-30

Hon. Wendell A. Miles

## ORDER OF DISMISSAL

An Order to Show Cause having been sent to counsel on October 27, 2005 and plaintiff having failed to show good cause why this matter should not be dismissed as to defendant McBain Woodworking, LLC, therefore,

IT IS HEREBY ORDERED that pursuant to W.D. Mich. LCivR 41.1, this matter is DISMISSED without prejudice only as to defendant McBain Woodworking, LLC.

Dated: December 12, 2005

/s/ Wendell A. Miles
Wendell A. Miles
Senior U.S. District Judge