UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDRA M. NORDMAN and
DAVID NORDMAN,

    Plaintiffs,

v.

Case No. 1:05-cv-30
Hon. Hugh W. Brenneman, Jr.

OMGA S.p.A., OMGA, INC., and
B & B MACHINERY CO.,

    Defendants.

_____/

**ORDER**

In accordance with the Opinion filed this date, the motion for summary judgment filed by defendants OMGA S.p.A. and OMGA, INC. (docket no. 68) is **DENIED** without prejudice and the motion to amend cross-claim filed by defendant B & B Machinery Co. against defendants OMGA S.p.A. and OMGA, INC. (docket no. 88) is **GRANTED,** and the amended cross-claim is deemed filed this date.

**IT IS SO ORDERED.**

Dated: March 29, 2006                /s/ Hugh W. Brenneman, Jr.
                                                Hugh W. Brenneman, Jr.
                                                United States Magistrate Judge