UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENDRA M. NORDMAN and
DAVID NORDMAN,

    Plaintiffs,

v.

Case No. 1:05-cv-30
Hon. Hugh W. Brenneman, Jr.

OMGA S.p.A., *et al.*,

    Defendants.

                                                  /

**ORDER**

In accordance with the Opinion filed this date, the motion for summary judgment filed by defendants OMGA S.p.A. and OMGA, INC. (docket no. 101) is **GRANTED** and plaintiffs' case is dismissed.

Dated: September 29, 2006             /s/ Hugh W. Brenneman, Jr.
                                                       Hugh W. Brenneman, Jr.
                                                       United States Magistrate Judge